| | |
|---|---|
| 1 | BENJAMIN W. WAGNER |
|   | United States Attorney |
| 2 | MARK J. McKEON |
|   | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
|   | 2500 Tulare Street |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

**FILED**

DEC 0 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:10 MJ 00331 SMS |
| Plaintiff, | |
| v. | APPLICATION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANT |
| PAUL ANTHONY VASQUEZ, | |
| Defendant. | |

The United States of America hereby applies for an order permitting it to file the complaint and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

IT IS SO ORDERED.

DATED: 12/01/10         _____
                         SANDRA M. SNYDER
                         United States Magistrate Judge

1  BENJAMIN W. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                       EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,          )
                                      )   CASE NO.
12                Plaintiff,          )
                                      )   APPLICATION AND ORDER TO
13         v.                         )   SEAL COMPLAINT AND ARREST
                                      )   WARRANT
14 PAUL ANTHONY VASQUEZ,              )
                                      )
15                Defendant.          )
   _____)
16

17

18

19     The United States of America hereby applies for an order permitting it to file the complaint

20 and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

21 DATED: November 30, 2010                    Respectfully submitted,

22                                             BENJAMIN W. WAGNER
                                               United States Attorney
23
                                          By   /s/ Mark McKeon
24
                                               MARK J. McKEON
25                                             Assistant U.S. Attorney

26

27

28