IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>v.<br><br>PAUL ANTHONY VASQUEZ ET AL.,<br><br>                               Defendants. | CASE NO.  1:10-CR-00500 AWI<br><br>**ORDER SUBSTITUTING ELENA MITSCHKOWETZ FOR ARCHANGEL DESIGN AS RESTITUTION PAYEE** |

This matter came on for consideration upon the United States' Petition to Substitute Elena Mitschkowetz for Archangel Design as Restitution Payee.

IT IS HEREBY ORDERED that the victim, Archangel Design, shall be changed for the purposes of restitution, and restitution payments will now be made payable to Ms. Elena Mitschkowetz, the owner and sole member of the dissolved business.  The Financial Unit for the U.S. District Court Clerk's Office for the Eastern District of California is directed to reflect such change in their records.  The restitution is ordered payable to Ms. Mitschkowetz, in lieu of Archangel Design, in the amounts specified according to the Judgment in the Criminal Case entered on May 2, 2012, (Docket Entry No. 109), and the list of victims maintained by the Financial Unit.  This order does not alter or change the total restitution amount.

IT IS SO ORDERED.

Dated:   July 21, 2017                                                                                                    
                                                                                 SENIOR  DISTRICT  JUDGE

Order Substituting Elena Mitschkowetz for Archangel
Design as Restitution Payee

1