Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for PAUL ANTHONY VASQUEZ

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:10-cr-500 DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE** |
| | ) | **STATUS HEARING** |
| vs. | ) | |
| | ) | Date:  July 22, 2019 |
| PAUL ANTHONY VASQUEZ, | ) | Time:  2:00 p.m. |
| | ) | Judge Sheila K. Oberto |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to continue the status hearing currently set for July 15, 2019, at 2:00 p.m., to **July 22, 2019, at 2:00 p.m**.  Since the detention hearing July 2, 2019, discussions were initiated with Probation Officer Arpa Aghajani for Mr. Vasquez to enter an admission.  However, more

*Stipulation and Order To Continue Status Hearing*
*United States v. Vasquez Case No. 1:10-cr-0500*                                                          1

time is needed for the parties to conclude these negotiations. In that regard the parties have agreed to continue the hearing currently set for July 15, 2019 to July 22, 2019 at 2:00 p.m. Probation Officer Arpa Aghajani from the charging district, will be available on July 22, 2019 at 2 p.m., and it is anticipated that Mr. Vasquez will be entering an admission at that hearing.

Defendant Vasquez agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B(i)).

**SO STIPULATED.**

Dated:	July 10, 2019

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
PAUL ANTHONY VASQUEZ

Dated:	July 10, 2019	McGREGOR W. SCOTT
United States Attorney

By: /s/ Henry Carbajal
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

*Stipulation and Order To Continue Status Hearing*
*United States v. Vasquez Case No. 1:10-cr-0500*	2

# ORDER

**IT IS SO ORDERED.** The status hearing currently set for July 15, 2019 shall be continued to <u>July 22, 2019 at 2:00 p.m.</u>

IT IS SO ORDERED.

Dated: __**July 10, 2019**__            /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE